UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KRISTIN McCUTCHEON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CONTINENTAL ASSURANCE COMPANY LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | Case No. CV08-4808 RGK (SHx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER APPROVING STIPULATED CONFIDENTIALITY AGREEMENT |

Upon consideration of the Stipulated Confidentiality Agreement for Protective Order between Plaintiff Kristin McCutcheon ("Plaintiff") and Defendants Hartford Life and Accident Insurance Company ("Hartford") and the CNA Long Term Disability Plan (collectively "Defendants"), the Court hereby approves of said Agreement and orders the parties to comply with its terms. Certain documents, materials or information to be produced by Hartford in discovery shall be subject to the parties' Stipulated Confidentiality Agreement with respect to confidentiality and privacy.

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-1308-6211 v1

- 1 -

CASE NO. CV08-4808 RGK (SHX)
PROTECTIVE ORDER APPROVING STIPULATED CONFIDENTIALITY AGREEMENT

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: 4-2-09 |
| 4 | By: _____ |
|   | United States District Judge |
|   | MAC |

1
2
3  Dated: 4-2-09
4  By: [signature]
   United States District Judge
   MAC
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-1308-6211 v1

- 2 -

CASE NO. CV08-4808 RGK (SHX)
PROTECTIVE ORDER APPROVING STIPULATED
CONFIDENTIALITY AGREEMENT